UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN ANTONIO ZAVALA,<br><br>Defendant. | Case No. 1:02-cr-00079-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

# INTRODUCTION

Before the Court is Defendant Juan Antonio Zavala's Motion for Sentencing Reduction (Dkt. 1317). For the reasons explained below, the Court will deny the motion.

# ANALYSIS

In February 2005, this Court sentenced Mr. Zavala to 360 months' imprisonment after a jury convicted him of was convicted of: (1) conspiring to distribute methamphetamine, cocaine and ecstasy; and (2) distributing 50 grams of more of methamphetamine.

Defendant asks this Court to reduce his sentence based on the First Step Act. As the government correctly explains in its response, however, the First Step Act does not apply here because the defendant was not sentenced for a crack cocaine

offense. *See Response,* Dkt. 1320, at 2-3. The Court will therefore deny the motion.

## ORDER

**IT IS ORDERED that** Defendant's Motion for Sentencing Reduction (Dkt. 1317) is **DENIED.**

DATED: January 4, 2021

_____
B. Lynn Winmill
U.S. District Court Judge